**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 96-7509**

─────────

DEREK MARQUIS FLEMING,

                                     Plaintiff - Appellant,

      versus

UNITED STATES OF AMERICA; U.S. DRUG ENFORCE-
MENT AGENCY,

                                 Defendants - Appellees.

─────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., District Judge.  (CA-94-177-2)

─────────

Submitted:  September 16, 1997     Decided:  December 11, 1997

─────────

Before HALL, HAMILTON, and LUTTIG, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Derek Marquis Fleming, Appellant Pro Se.  Gill Paul Beck, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order adopting the magistrate judge's report and recommendation and granting the Defendants' motion for summary judgment on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), in which he alleged that the United States Drug Enforcement Agency violated his due process rights by failing to provide adequate notice of forfeiture. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Fleming v. United States, No. CA-94-177-2 (M.D.N.C. July 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED